# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GINA GAMBRELL, as Administratrix of the Estate of Mark Wayne Gambrell,**     )<br>)<br>)<br>)<br>**Plaintiff,**     )<br>)<br>**v.**     )<br>)<br>**WILKINSON CGR CAHABA LAKES, LLC, et al.,**     )<br>)<br>)<br>**Defendants.**     ) | Case No.  2:13-cv-02146-HGD |

## PARTIAL DISMISSAL ORDER

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff (Doc. #17), it is **ORDERED**, **ADJUDGED** and **DECREED** that Plaintiff's claims in this action against Underwriters Laboratories are **DISMISSED WITHOUT PREJUDICE**, and Underwriters Laboratories is **DISMISSED WITHOUT PREJUDICE** as a Defendant from this action.

This dismissal shall not affect any other right, claim, or cause of action which Plaintiff has, or may have, against any remaining Defendants.

**DONE** and **ORDERED** this ___14th___ day of February, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE